UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stanley Jackson        )<br>     Plaintiff          )<br>                       )<br>v.                     )<br>                       )<br>                       )<br>Bureau of Prisons      )<br>     Defendant         ) | Civil Action No. 08- 930 RWR |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on July 22, 2008  from Unassigned (9098)

to Judge Roberts  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Roberts
& Courtroom Deputy
Civil Case Processing Clerk
     Statistical