UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANLEY JACKSON )<br>#43178-019 )<br>F.C.C. P.O. Box 9000 )<br>Forrest City, Arkansas 72336 )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>BUREAU OF PRISONS, )<br>REGIONAL-CENTRAL OFFICE )<br>320 First Street )<br>Washington, D.C. 20534 )<br> )<br>    Defendant. )<br>_____) | Civil Action No. 08-0930(RWR)<br>Electronic Case Filing |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

  /s/  *Rhonda Fields*
RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __29th__ day of **August** 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

>STANLEY JACKSON
>#43178-0019
>Forrest City Low
>Federal Correctional Institutional Institution
>P.O. Box 9000
>Forrest City, AR 72336


>__/s/ Rhonda Fields__
>RHONDA C. FIELDS
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W. - Room E4804
>Washington, D.C. 20530
>(202) 514-6531